In re Cureaux, Alton, P.; — Plaintiff; Applying for Supervisory and/or Remedial Writs, Parish of Orleans, Criminal District Court Div. F, No. 353-417; to the Court of Appeal, Fourth Circuit, No. 2002 K 443.
Denied. La.C.Cr.P. art. 930.3; State ex rel. Melinie v. State, 93-1380 (La.1/12/96), 665 So.2d 1172; State ex rel. Bernard v. Cr.D.C., 94-2247, p. 1 (La.4/28/95), 653 So.2d 1174, 1175; State ex rel. Degreat v. State, 98-0690 (La.7/2/98), 724 So.2d 205.